POMERANTZ LLP
Gustavo F. Bruckner
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com

*Counsel for Movants Shlomo Spar and Vincent Zhou and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHLOMO SPAR, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>                        v.<br><br>CELSION CORPORATION, MICHAEL H. TARDUGNO, JEFFREY W. CHURCH, and NICHOLAS BORYS,<br><br>                        Defendants. | Case No. 3:20-cv-15228-MAS-DEA<br><br>NOTICE OF MOTION OF SHLOMO SPAR AND VINCENT ZHOU FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

      PLEASE TAKE NOTICE that Shlomo Spar and Vincent Zhou (together, "Spar and Zhou"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act

of 1995, for an Order: (1) appointing Spar and Zhou as Co-Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Celsion Corporation securities between November 2, 2015 and July 10, 2020, both dates inclusive (the "Class"); and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  December 29, 2020

Respectfully submitted,

POMERANTZ LLP

*/s/ Gustavo F. Bruckner*
Gustavo F. Bruckner
Jeremy A. Lieberman*
J. Alexander Hood II*
James M. LoPiano**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

(*admitted *pro hac vice*)

(***pro hac vice* application forthcoming)

*Counsel for Movants Shlomo Spar and Vincent Zhou and Proposed Lead Counsel for the Class*