POMERANTZ LLP
Gustavo F. Bruckner
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com

*Counsel for Movants Shlomo Spar and Vincent Zhou*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHLOMO SPAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSION CORPORATION, MICHAEL H. TARDUGNO, JEFFREY W. CHURCH, and NICHOLAS BORYS,<br><br>Defendants. | Case No. 3:20-cv-15228-MAS-DEA<br><br>NOTICE OF NON-OPPOSITION OF SHLOMO SPAR AND VINCENT ZHOU TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On December 29, 2020, Shlomo Spar and Vincent Zhou (together, "Spar and Zhou") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Spar and Zhou as Co-

Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Celsion Corporation securities between November 2, 2015 and July 10, 2020, both dates inclusive (the "Class"); and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 9.

Spar and Zhou hereby state their non-opposition to the competing motion of Milan Taraba.  Dkt. No. 8.  This notice of non-opposition shall have no impact on Spar and Zhou's membership in the putative Class or on their ability to share in any recovery on behalf of the Class.

Dated:  January 15, 2021

        Respectfully submitted,

        POMERANTZ LLP

        */s/ Gustavo F. Bruckner*
        Gustavo F. Bruckner
        600 Third Avenue
        New York, New York 10016
        Telephone: (212) 661-1100
        Facsimile: (917) 463-1044
        gfbruckner@pomlaw.com

        *Counsel for Movants Shlomo Spar and Vincent Zhou*