

## The Rosen Law Firm
INVESTOR COUNSEL

*ORDER*

Gonen Haklay, Esq.
ghaklay@rosenlegal.com

June 25, 2021

**VIA ECF**
Hon. Michael A. Shipp
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Spar v. Celsion Corp.*
    **3:20-cv-15228 MAS DEA**

Dear Judge Shipp:

We write seeking clarification of the Court's two competing Orders in this case, Dkt. Nos. 20 and 21, that the Private Securities Litigation Reform Act ("PSLRA") governs.

On January 15, 2021, movants Shlomo Spar and Vincent Zhou filed a Notice of Non-Opposition to the Motion of Milan Taraba for appointment as lead plaintiff in this class action, effectively conceding that Mr. Taraba had a larger financial interest than they and was otherwise qualified to represent the putative class. On June 22, 2021, the Court, however, issued two competing orders. In the first, noting that his motion was unopposed, Dkt. No. 20, at 3, the Court appointed appointing Mr. Taraba as Lead Plaintiff and approved his selection of Lead Counsel. Dkt. No. 20. In the second, the Court appointed Messrs. Spar and Zhou as Lead Plaintiff and approving their selection as lead counsel, also noting that Messrs Spar's and Zhou's motion was unopposed. Dkt. No. 21, at 3. Messrs. Spar and Zhou did not oppose Mr. Taraba's motion.

*granted* We ask for the Court to clarify these competing orders, appointing Mr. Taraba as sole Lead Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the putative class.

If the Court has any questions, we stand ready to respond.

So Ordered:

_____
Douglas E. Arpert, U.S.M.J.

Respectfully submitted,

/s/ *Gonen Haklay*
Gonen Haklay

cc: Counsel of Record (via ECF)

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440, JENKINTOWN, PA 19046 ♦ TEL: (215) 600-2817 ♦ FAX: (212) 202-3827**