

Gonen Haklay, Esq.
ghaklay@rosenlegal.com

January 3, 2023

**VIA ECF**
The Honorable Zahid N. Quraishi
United States District Court
    for the District of New Jersey
Clarkson S. Fisher Building
    & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      **Re:**    *Spar v. Celsion Corp.*
           **3:20-cv-15228 MAS DEA**

Dear Judge Quraishi:

We represent Lead Plaintiff Milan Taraba in this class action, alleging violations of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and United States Securities and Exchange Commission Rule 10b-5. 17 C.F.R. §240.10b-5. On May 27, 2021, on behalf of Lead Plaintiff and the putative class, we filed the Amended Class Action Complaint ("Complaint"). (Dkt. No. 19). On August 6, 2021, Defendants moved to dismiss the Complaint. (Dkt. No. 28). On behalf of Lead Plaintiff, on September 20, 2021, we opposed that motion to dismiss. (Dkt. No. 31). On October 20, 2021, Defendants filed a reply memorandum in further support of their motion to dismiss. (Dkt. No. 33).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4, *et seq*., governs this class action, mandating a stay of all discovery while a motion to dismiss pends. 15 U.S.C. §78u-4(b)(3). The Complaint pleads a class period between April 20, 2020, and July 13, 2020. (Dkt. No. 19, ¶1).

If the Court has any questions or requires further information to decide Defendants' pending motion to dismiss, on behalf of Lead Plaintiff Taraba, we stand ready to answer.

          Respectfully submitted,

          /s/ *Gonen Haklay*
            Gonen Haklay

cc:    Counsel of Record (via ECF)