**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SHLOMO SPAR, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CELSION CORPORATION, *et al.*,**<br><br>Defendants. | Civil Action No. 20-15228 (ZNQ) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Celsion Corporation, Michael H. Tardugno, Jeffery W. Church, and Nicholas Borys (collectively, "Defendants") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 28.) Additionally, Defendants submitted a Request for Judicial Notice. (ECF No. 28-5.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **6** day of **February 2023**,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 28) and Request for Judicial Notice (ECF No. 28-5) is hereby **GRANTED**; it is further

**ORDERED** that the First Amended Complaint (ECF No. 19) is hereby **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff is granted leave to file an Amended Complaint consistent with the accompanying Opinion within 30 days of this Order.

Date: **February 6, 2023**

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**